IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

THOMAS  E. STURDIVANT  #148248,      :

    Plaintiff,                                              :

vs.                                                              :     CIVIL ACTION 08-0634-WS-C

SHERIFF JAMES LOVETTE,                    :

    Defendant.                                          :

## ORDER

After due and proper consideration of all portions of this file deemed relevant to

the issues raised, and a *de novo* determination of those portions of the Recommendation

to which objection is made, the Recommendation of the Magistrate Judge made under 28

U.S.C. § 636(b)(1)(B) is ADOPTED as the opinion of this Court.  It is ORDERED that

Plaintiff's Complaint be and is hereby DISMISSED with prejudice.

DONE this 20th day of October, 2009.


                                        s/WILLIAM H. STEELE
                                        UNITED STATES DISTRICT JUDGE