IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

THOMAS E. STURDIVANT #148248, :

    Plaintiff, :

vs. : CIVIL ACTION 08-0634-WS-C

SHERIFF JAMES LOVETTE, :

    Defendant. :

## JUDGMENT

It is ORDERED, ADJUDGED, and DECREED that Plaintiff's Complaint be and is hereby DISMISSED with prejudice.

DONE this 20th day of October, 2009.

                            s/WILLIAM H. STEELE
                            UNITED STATES DISTRICT JUDGE